IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN FLYNN, et al.,                          )
                                              )
        Plaintiffs,                           )
                                              )
        v.                                    )        Case No. 3:15-cv 855-MJR-DGW
                                              )
FCA     US    LLC    and    HARMAN)
INTERNATIONAL INDUSTRIES, INC.       )
                                              )
        Defendants.                           )

**ORDER**

**WILKERSON, Magistrate Judge:**

On October 4, 2016, a hearing was held on various discovery disputes between Plaintiffs and Defendant FAC US LLC.

Pursuant to that hearing and reasons set forth therein:

1.    Defendant FCA shall serve the 4 to 6 job descriptions sought by Plaintiffs by October 14, 2016

2.    Defendant FCA shall name the advertising agencies for the 13 effected vehicles in response to the supplemental interrogatory served on September 26, 2016 by October 14, 2016.  If there are any objections, counsel shall immediately contact chambers for a discovery dispute conference.

3.    With respect to the FTC investigation file which is the subject of Request to Produce 2, the matter is **TAKEN UNDER ADVISEMENT**.   Plaintiffs shall submit authority supporting this request by close of business on October 5, 2016.   The Court will consider that authority plus the cases submitted by Defendant.

4.    With respect to Request to Produce 12, FCA has indicated that it has served all documents

that it deems responsive.   To the extent that it has documents that they possess that may be responsive, it shall submit such documents for *in camera* inspection by October 14, 2016.

5. Interrogatories 3, 7, and 8 are **TAKEN UNDER ADVISEMENT**.   Plaintiffs shall provide authority in support of these interrogatories by October 5, 2016.

6. As to ESI discovery, the Court heard argument on various search terms and the possibility of using more precise connectors in order to diminish the possibility of irrelevant search results.   The parties are **ORDERED** to meet and confer and reach an agreement as to the search terms and connectors to be used and the prioritization of search results.   The parties shall inform the Court by October 12, 2016 (by email) if they cannot come to an agreement as to the terms and connectors.   Any outstanding dispute shall be discussed at the October 13, 2016 conference.

7. Parties have until October 12, 2016 to file briefs regarding cost-shifting as to discovery. Briefs shall be no longer than 10 pages.

8. This matter is **SET** for a Telephonic Status conference on October 13, 2016 at 10:00 a.m. Parties shall call 1-888-684-8852, enter access code 7912189, and enter security code 9382.

To the extent that this Order deviates from the instructions given at the conference, this Order governs.

**DATED: October 5, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**