IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:15-cv 855-MJR-DGW |
| ) | |
| FCA US LLC and HARMAN ) INTERNATIONAL INDUSTRIES, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

On October 19, 2016, a hearing was held on remaining discovery disputes. Pursuant to that hearing the following is hereby **ORDERED**:

1. ESI search terms are modified as follows: connecters "and" and "within paragraph" shall be replaced with "within 100"; and connector "within sentence" shall be replaced with "within 25."

2. Defendant FCA shall produce a list of its advertisers by 10/19/16. Defendant shall supplement, by 10/28/16, with additional information regarding these advertisers as set forth at the hearing.

3. The parties shall, by 10/21/16, meet-and-confer as to the prioritization of search terms. If they cannot agree, they shall contact chambers immediately, and no later than 2:00 p.m. on 10/21/16 for a conference.

4. Defendant FCA shall produce its first set of responsive ESI documents by 10/28/16. The next and remainder of ESI discovery shall be produced no later than 11/18/16.

The Court finds that the foregoing represents a reasonable balance of the parties' interests. To

the extent that any problems arise as to the foregoing, the Parties shall contact chambers forthwith.

**DATED: October 27, 2016**

*/s/ Donald G. Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**