IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN; and GEORGE and KELLY BROWN on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC and HARMAN INTERNATIONAL INDUSTRIES, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-855-MJR-DGW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO SEAL**

COME NOW Plaintiffs, by and through undersigned counsel, and for their Motion for Leave to Seal state as follows:

Plaintiffs wish to file their Objection and Request for Appeal of Magistrate Wilkerson's May 30, 2017 Order (Doc. 183) under seal. Although Plaintiffs contend the filing contains no confidential information, given the procedural history and out of an abundance of caution, Plaintiffs would like to file their pleading under seal.

WHEREFORE, Plaintiffs pray that they be granted leave to file their Objection and Request for Appeal of Magistrate Wilkerson's May 30, 2017 Order under seal.

Dated: June 13, 2017            *s./Michael Gras*
                                          Michael Gras, #6303414

Christopher Cueto, #6192248
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
7110 West Main Street
Belleville, IL 62223
Phone: (618) 277-1554
Fax: (618) 277-0962
mgras@cuetolaw.com
*Attorneys for Plaintiffs*

Stephen R. Wigginton #6200459
Christopher D. Baucom #06284672
Lucas Pendry #06309893
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd.
St. Louis, MO 63105
T: (314) 621-5070
F: (314) 621-5065
swigginton@armstrongteasdale.com
cbaucom@armstrongteasdale.com
lpendry@armstrongteasdale.com

IJay Palansky (*pro hac vice*)
Emily Buckley (*pro hac vice*)
ARMSTRONG TEASDALE LLP
4643 S. Ulster, Suite 800
Denver, CO 80237
T: (720) 200-0676
F: (720) 200-0679
ipalansky@armstrongteasdale.com
ebuckely@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on June 13, 2017, I filed a copy of the foregoing using the Court's CM/ECF electronic filing system which will send notification of the same to all counsel of record.

*s./Michael Gras*
Michael Gras