IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN, GEORGE and KELLY BROWN, and MICHAEL KEITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC and HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendants. | Case No. 3:15-CV-855 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Brian Flynn, George and Kelly Brown, and Michael Keith, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") move this Court for leave to file under seal their attached unredacted Reply in Further Support Of Plaintiffs' Rule 56(d) Motion to Stay ("Reply").

Chrysler filed its Motion for Summary Judgment on June 23, 2017—before class certification fact discovery closed and more than five weeks before *initial* expert disclosures. (Doc. 202.)  Plaintiffs' response to Chrysler's Motion is currently due on July 24, 2017. Plaintiffs have already filed their 56(d) Motion to Stay under seal (Docs. 215 & 216).

Plaintiffs' Reply has one sentence relying on discovery obtained by Plaintiffs. In this sentence, Plaintiffs rely on documents Chrysler has designated Confidential or Attorneys' Eyes

Only under the protective order.[1] (Doc. 148.) Pursuant to the protective order, a court filing including such material is to be filed under seal, but only after receiving leave of Court to do so. (Doc. 148.) The court has inherent authority to enter such an order, and such authority is also provided by Federal Rule of Civil Procedure 26(c), which provides that a court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including ... requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way." Fed. R. Civ. P. 26(c)(1)(G); *see also Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 946 (7th Cir. 1999) (finding that the presumption of public access to discovery materials may be overcome by determination of "good cause").

Plaintiffs therefore seek to file an unredacted version of their Reply under seal. Plaintiffs will also file a public version of their Reply with the aforementioned sentence redacted.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Motion for Leave to File Under Seal, allow Plaintiffs to file their Reply in Further Support Of Plaintiffs' Rule 56(d) Motion to Stay under seal to maintain the confidentiality of any of Chrysler's allegedly confidential information contained therein, and for any such other and further relief as the Court deems just and proper.

DATED: July 18, 2017

---

[1] As stated in their previous motion to seal, Plaintiffs do not agree or concede that Plaintiffs' Reply contains any properly-designated Chrysler Confidential information. Moreover, the Reply does not attach any documents designated "Confidential" or "Attorneys' Eyes Only" as Exhibits.

2

>/s/ Stephen R. Wigginton
> Stephen R. Wigginton #6200459
> Christopher D. Baucom #06284672
> Lucas Pendry #06309893
> ARMSTRONG TEASDALE LLP
> 7700 Forsyth  Blvd.
> St. Louis, MO 63105
> T: (314) 621-5070
> F: (314) 621-5065
> swigginton@armstrongteasdale.com
> cbaucom@armstrongteasdale.com
> lpendry@armstrongteasdale.com
> IJay Palansky  (*pro hac vice*)
> Emily Buckley (*pro hac vice*)
> ARMSTRONG TEASDALE LLP
> 4643 S. Ulster, Suite 800
> Denver, CO 80237
> T: (720) 200-0676
> F: (720) 200-0679
> ipalansky@armstrongteasdale.com
> ebuckely@armstrongteasdale.com
>
> Michael Gras, #6303414
> Christopher Cueto, #6192248
> LAW OFFICE OF CHRISTOPHER CUETO, LTD.
> 7110 West Main Street
> Belleville, IL 62223
> Phone: (618) 277-1554
> Fax: (618) 277-0962
> mgras@cuetolaw.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on July 18, 2017, I filed a copy of the foregoing using the Court's CM/ECF electronic filing system which will send notification of the same to all counsel of record.

>/s/ Lucas T Pendry