IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN, GEORGE and KELLY BROWN, and MICHAEL KEITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC (f/k/a Chrysler Group LLC), and HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>Defendants. | CASE NO. 3:15-CV-855-MJR-DGW |

**FCA US LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO FLYNN SUMMARY JUDGMENT MOTION**

Defendant FCA US LLC seeks summary judgment on the claims of Plaintiff Brian Flynn ***based on Flynn's own admissions***. See Docket No. 217. In doing so, FCA US does ***not*** challenge Flynn's ability to prove that his vehicle is defective. What FCA US argues is that: (1) Flynn's own admissions about where he purchased his vehicle, his extended use of it, the problem-free nature of his vehicle use, and his failure to give pre-suit notice compel entry of summary judgment in favor of FCA US on his warranty claims; (2) Flynn's own admissions about his lack of a relationship with FCA US, what was important to him in purchasing his vehicle, his failure to do any pre-purchase research, his failure to timely seek a recall remedy, and his continued use of his vehicle mandates entry of summary judgment in favor of FCA US on his statutory and common law fraud claims; (3) Flynn's inability to identify any "benefit" "unjustly retained" by FCA US compels summary judgment on his unjust enrichment claims; and (4) Flynn's own admission that no defect has ever manifested in his vehicle compels entry of

judgment in favor of FCA US on all claims because, under Illinois law, unmanifested defects are not sufficient to support the existence of any legally compensable damages. *Id.*

Plaintiffs now move for an extension of time to respond to FCA US's alternative motion seeking judgment on Flynn's claims. *See* Docket No. 230. They state that they need more time because FCA US's arguments "implicate highly complex cybersecurity, vehicle technology, and economic issues," which make it "crucial for Plaintiffs to be able to rely on expert discovery" to avoid summary judgment. *Id.* at ¶ 5. This argument is baseless. No evidence on "highly complex cybersecurity, vehicle technology, and economic issues" can possibly negate Flynn's own admissions.

FCA US acknowledges this Court's recent Order in which it stated that its "practice [is] to grant a first motion for an extension of time to file when doing so will not interfere with the Court's firm trial date, particularly where a party provides good cause." *See* Docket No. 228. However, here, no good cause has been shown, particularly for granting an extension of more than one month. Thus, while FCA US does not oppose a reasonable extension of time for Flynn to attempt to find evidence countering his own admissions, it asks that Flynn be required to file his opposition by September 1, 2017. Limiting the period of the extension will avoid the scenario under which FCA US will be faced with filing multiple reply briefs on summary judgment motions on the same date.[1]

## CONCLUSION

For these reasons, Defendant FCA US LLC respectfully requests that Plaintiffs' Motion for Extension of Time to Respond to Defendant FCA US LLC's Alternative Motion for

---

[1] FCA US intends to file a separate alternative summary judgment motion as to the claims of Michael Keith in short order. Thus, if the same opposition deadline is set for every summary judgment motion it will face having to file multiple reply briefs to support its motions within a 14 day window.

Summary Judgment on Claims of Brian Flynn be denied, except to the extent of allowing Plaintiffs up to and including September 1, 2017, to file their opposition.

                              Respectfully submitted,

By:   */s/ Kathy A. Wisniewski*
      Kathy A. Wisniewski
      kwisniewski@thompsoncoburn.com
      Sharon B. Rosenberg
      srosenberg@thompsoncoburn.com
      Stephen A. D'Aunoy
      sdaunoy@thompsoncoburn.com
      THOMPSON COBURN LLP
      One U.S. Bank Plaza
      St. Louis, Missouri  63101
      T:  (314) 552-6000
      F:  (314) 552-7000

*Attorneys for Defendant FCA US LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                              */s/ Kathy A. Wisniewski*