# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN; GEORGE and KELLY BROWN; and MICHAEL KEITH, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC and HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>                Defendants. | CASE NO. 3:15-CV-855-MJR-DGW |

## HARMAN INTERNATIONAL INDUSTRIES, INC.'S JOINDER IN FCA US LLC'S MOTION FOR RECONSIDERATION OF ORDERS DATED SEPTEMBER 23, 2016, AND AUGUST 21, 2017, DENYING DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF JURISDICTION

Harman International Industries, Incorporated ("Harman"), by and through its attorneys Foley & Lardner LLP, submits the following Joinder in FCA US LLC's ("FCA US's") Motion for Reconsideration of Orders dated September 23, 2016, and August 21, 2017, denying Defendants' Motions to Dismiss for lack of jurisdiction (the "Motion"). (Dkt. 344.) Harman joins in FCA US's Motion.

All of the reasons supporting reconsideration and dismissal of Plaintiffs' claims raised by FCA US in its Motion apply equally to support reconsideration and dismissal of Plaintiffs' claims against Harman for lack of Article III standing.

WHEREFORE, Harman respectfully requests that this Court reexamine its subject-matter jurisdiction and dismiss this case due to Plaintiffs' lack of Article III standing.

4819-2170-4538.2

| | |
|---|---|
| Dated: January 19, 2018 | /s/ Andrew B. Fromm |

John R. Trentacosta, MI Bar No. P31856
Vanessa L. Miller, MI Bar No. P67794
Andrew B. Fromm, MI Bar No. P79185
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489
T: (313) 234.7100
F: (313) 234.2800
jtrentacosta@foley.com
vmiller@foley.com
afromm@foley.com

William J. McKenna, Jr., IL ID 3124763
Elizabeth P. Mazzocco, IL ID 6317418
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
T: (312) 832-4500
F: (312) 832-4700
wmckenna@foley.com
emazzocco@foley.com

Michael D. Leffel, WI ID 1032238
FOLEY & LARDNER LLP
150 E. Gilman Street
Madison, WI 53703
T: (608) 258-4216
F: (608) 258-4258
mleffel@foley.com

*Attorneys for Defendant Haman International Industries, Incorporated*

## **CERTIFICATE OF SERVICE**

I, Andrew B. Fromm, hereby certify that on January 19, 2018, I filed a copy of the foregoing using the Court's CM/ECF electronic filing system which will send notification of the same to all counsel of record.

/s/ Andrew B. Fromm