UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN FLYNN, GEORGE and KELLY BROWN, and MICHAEL KEITH, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC and HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,<br><br>           Defendants. | Case No. 3:15-CV-855 |

## HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED'S MOTION FOR SUMMARY JUDGMENT ON CLAIMS OF MICHAEL KEITH

Harman International Industries, Incorporated ("Harman") by and through its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter judgment in its favor and against Plaintiff Michael Keith. As detailed more fully in Harman's Brief in Support of its Motion for Summary Judgment on Claims of Michael Keith, filed concurrently with this Motion, Keith's own admissions negate certain elements of his claims and he cannot present evidence supporting other elements.

WHEREFORE, for the reasons set forth in the accompanying Brief, and the pleadings and exhibits filed with the Court, Harman respectfully requests that this Court enter an order granting its Motion in its entirety and dismissing Keith's claims in their entirety with prejudice, including each of Keith's claims for breach of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq*. (Counts One and Eleven), fraudulent concealment (Count Two), breach of the

Michigan Consumer Protection Act, Mich. Compl. Laws § 445.901, *et seq*. (Count Twelve), and unjust enrichment (Counts Three and Thirteen).

Dated:  January 19, 2018

Respectfully submitted,

/s/  *Elizabeth P. Mazzocco*
William J. McKenna, Jr. IL ID 3124763
Elizabeth P. Mazzocco IL ID 6317418
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
312.832.4500
312.832.4700

John Trentacosta, MI Bar No. P31856
Vanessa Miller, MI Bar No. P67794
Andrew B. Fromm, MI Bar No. P79185
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7100
313.234.2800

Michael D. Leffel, WI Bar No. 1032238
Foley & Lardner LLP
150 East Gilman Street
Madison, WI 53703
608.258.4216
608.258.4258

*Attorneys for Defendant Harman International Industries, Incorporated*

**CERTIFICATE OF SERVICE**

I, Elizabeth P. Mazzocco, an attorney, hereby certify that on January 19, 2018 I electronically filed with the Clerk of Court using the CM/ECF system Defendant Harman International Industries, Incorporated's Motion for Summary Judgment on Claims of Michael Keith, which will send notification of such filing(s) to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

/s/ Elizabeth P. Mazzocco